November 15, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-10-01244-CV                    V.

CLAUDINE M. ANELLO, BATISTA J. ANELLO AKA BATISTA JOSEPH ANELLO
& CLAUDE JONES COMPANY, L.L.C., CLAUDE B. ANELLO, REGISTERED
AGENT, DEANN RENA LACROIX, RONALD GENE ROSSI & KATHLEEN
MCIVER AKA KATHLEEN VANKEUREN, Appellee
_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 1, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.